**Order entered December 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00444-CR

**BRANDON GORDY, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00751-T**

## ORDER

Before the Court is appellant's December 23, 2019 motion for a final extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by January 3, 2020.

The failure to file a brief by that date will result in the appeal being abated for a hearing under rule 38.8 without further notice.

/s/    BILL PEDERSEN, III
        JUSTICE